UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESIREE FLORES,

                              Plaintiff,

            -against-

ECI TRANSPORT, INC. d/b/a ECONO COURIER
a/k/a ECI, et al.,

                              Defendants.

23-CV-2037 (JGLC)

**<u>NOTICE OF
REASSIGNMENT</u>**

JESSICA G. L. CLARKE, United States District Judge:

        This case has been reassigned to the undersigned. Unless and until the Court orders
otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's
reassignment, except that any currently scheduled conference or oral argument before the Court is
adjourned pending further order of the Court. **All counsel must familiarize themselves with the
Court's Individual Rules and Practices, which are available at
https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:  July 28, 2023
        New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge