JDJ/de

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DESIREE FLORES,

                        Plaintiff,

   -against-

FRANKLIN FLORES, ECI TRANSPORT, INC. d/b/a
ECONO COURIER a/k/a ECI and KELLEAN
OLIVER,

                       Defendants.
------------------------------------------------------------------X

**MEMO ENDORSED**

**NOTICE OF MOTION**

Docket No.:
23-CV-2037

PLEASE TAKE NOTICE that upon the affirmation of John Downing dated April 25, 2025 and exhibits and annexed thereto, and upon all pleadings and proceedings herein, the undersigned will move this Court at Room 217 of the Courthouse located at 851 Grand Concourse Bronx, NY 10451 on the 29th day of May 2025 at 9:30 AM in the forenoon of said day, or as soon thereafter as counsel can be heard, for an order pursuant to CPLR 2001 and 3124 vacating the so-ordered stipulation of April 24, 2025 and compelling the plaintiff to provide authorizations for providers in this matter, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be served at least seven days prior to the return date of this motion.

Dated: Rockville Centre, New York
       April 28, 2025

                                                Yours, etc.,
                                 BY:  *John M. Downing, Jr.*
                                        JOHN M. DOWNING, JR.
                                        DOWNING & PECK, P.C.
                                        Attorneys for Defendants
                                        ECI TRANSPORT, INC. d/b/a
                                        ECONO COURIER a/k/a ECI and KELLEAN
                                        OLIVER,
                                        55 Maple Avenue - Suite 308
                                        Rockville Centre, New York 11570
                                        212-514-9190

TO:   Eli Wagschal, Esq.
        GIAMPA LAW
        200 Summit Lake Drive, Suite 270
        Valhalla, New York 10595
        P. (914) 618-4225
        F. (914) 430-6393

DECCICCO GIBBONS & MCNAMARA, P.C.
Attorneys for Defendant
Franklin Flores
5043 207th Street
Oakland Gardens, New York 11364

The Court has received what appears to be a motion filed pursuant to New York CPLR Sections 2001 and 3124. ECF No. 11. However, by order dated September 7, 2023, this matter was remanded to the Supreme Court of the State of New York, Bronx County. ECF No. 10. The Court therefore assumes that the instant motion was erroneously filed in this case, will not take any action with respect to it, and respectfully directs the Clerk of Court to terminate ECF No. 11.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 6, 2025
       New York, New York